# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-5335
_____

GREG S. CAVE,

    Appellant,

    v.

ERNIE MORRIS ENTERPRISES,
INC., a Florida corporation,
CONTRAX FURNISHINGS, LLC,
and METEOR EDUCATION, LLC,

    Appellees.

_____


On appeal from the Circuit Court for Alachua County.
Monica J. Brasington, Judge.

_____

No. 1D19-0044
_____

ERNIE MORRIS ENTERPRISES,
INC., a Florida corporation,

     Appellant,

     v.

GREG S. CAVE, an individual,
CONTRAX FURNISHINGS, LLC,
and METEOR EDUCATION, LLC,

     Appellees.

_____


On appeal from the Circuit Court for Alachua County.
Monica J. Brasington, Judge.

July 30, 2019


PER CURIAM.

     DISMISSED.

LEWIS, OSTERHAUS, and M.K. THOMAS, JJ., concur.

_____


***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

2

Clifford A. Taylor of The Hogan Law Firm, Brooksville, for Greg S. Cave.

J. Robert McCormack of Ogletree, Deakins, Nash, Smoak & Stewart, P.C., Tampa, for Ernie Morris Enterprises.

Seldon J. Childers and James W. Kirkconnell of Childers Law, LLC, Gainesville, for Contrax Furnishings, LLC, and Meteor Education, LLC.